COM.

v.

WHITE, M.

**807 WDA 2016**

Superior Court of Pennsylvania.

06/09/2017

CP–02–CR–0010006–2014 (Allegheny)

Vacated/Remanded

SPELLMAN, D.

v.

**BENJAMIN MOORE & CO.**

**1112 WDA 2016**

Superior Court of Pennsylvania.

06/09/2017

Reargument Denied 8/17/2017

GD 11–025063 (Allegheny)

Affirmed

KUSHER, F.

v.

WOLOSCHUK, R.

**1205 WDA 2016**

Superior Court of Pennsylvania.

06/09/2017

2012–3988
(Cambria)

Affirmed

COM.

v.

NETHKEN, C.

**1211 WDA 2016**

Superior Court of Pennsylvania.

06/09/2017

CP–63–CR–0002118–2014 (Washington)

Affirmed

